# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.: 4:18-CR-00011-MFU-RSB |
| | ) | |
| **SHABBA LARUN CHANDLER,** | ) | |
| | ) | |
| **Defendant** | ) | |

## RESPONSE TO COURT'S INQUIRY REGARDING
## PROPOSED JUROR QUESTIONNAIRE

COMES NOW, the Defendant, Shabba L. Chandler (the "Defendant"), by counsel, having appreciated the opportunity to review the Court's proposed juror questionnaire and having reviewed said questionnaire, hereby offers the following proposed questions for inclusion:

1. If you are retired, please indicate where you last held full-time employment and the nature of your work.

2. Have you or any family member or close friend ever participated in any anti-gang campaign or educational program? ☐YES ☐NO, If yes, please describe:

3. One of the gangs that you will hear evidence about is known as the Rollin 60's which is an alleged affiliate of the Crips street gang. Have you ever heard, read or seen anything about the Rollin 60's/Crips? ☐YES ☐NO, If yes, what have you read, seen or heard about Rollin 60's/Crips?:

WHEREFORE, the Defendant Shabba L. Chandler, respectfully requests the foregoing questions be included in the juror questionnaire.

1

Respectfully submitted,

SHABBA LARUN CHANDLER

By: /s/ Aaron Balla Houchens
 Of Counsel

Jeffrey L. Dorsey, Esq. (VSB #32702)
JEFFREY L. DORSEY, P. C.
25 Library Square
Salem, Virginia 24153
(540) 389-8800 (telephone)
(540) 389-7122 (facsimile)
jeff@dorseylawfirm.com

Aaron B. Houchens, Esq. (VSB #80489)
AARON B. HOUCHENS, P.C.
111 East Main Street
P.O. Box 1250
Salem, Virginia 24153
540-389-4498 (telephone)
540-339-3903 (facsimile)
aaron@houchenslaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th of May 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and the foregoing was electronically transmitted through the CM/ECF system to the following CM/ECF participants:

Ronald Huber, Esq.
Heather L. Carlton, Esq.
Assistant United States Attorneys
U.S. Attorney's Office for the Western District of Virginia
U.S. Courthouse and Federal Building
255 West Main Street
Charlottesville, Virginia 22902
ron.huber@usdoj.gov
heather.carlton@usdoj.gov

/s/ Aaron Balla Houchens

2