IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No.: 4:18-CR-00011-MFU-RSB |
| | ) | |
| SHABBA LARUN CHANDLER, | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN PROPOSED TRIAL EXHIBITS AND OBJECTIONS TO THE GOVERNMENT'S PROPOSED EXHIBITS**

COMES NOW, the Defendant, Shabba L. Chandler (the "Defendant"), by counsel, and hereby submits as follows for his Motion *in Limine* and Objections to the Government's Proposed Exhibits. The reasons for each objection and the grounds for exclusion of each exhibit are set forth herein or, where indicated, in the forthcoming accompanying memorandum of law.

## GENERAL OBJECTIONS

The Defendant objects to the Government's exhibits to the extent they violent the confrontation clause and the Defendant's Sixth Amendment rights.

The Defendant objects to the introduction of any firearm identification evidence as articulated in his Motion to Exclude Firearm Identification Evidence. [ECF No. 581].

## SPECIFIC OBJECTIONS

The Defendant hereby moves to exclude the exhibits identified below for the ground(s) contained in the Objection(s) column, specifically the introduction of the exhibits identified below would violate the Federal Rule(s) of Evidence identified.

| Exhibit Number | Description | Objection(s) |
|---|---|---|
| 1 | DPD Incident Rpt # 15-010628 re aggravated assault at 177 Sunset Dr., Danville, 12/9/2015 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. |

1

| | | |
|---|---|---|
| | | Evid. 404(b)(1); *see also* accompanying memorandum |
| 2 | PHOTO: House and Street | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 3 | PHOTO: Front door and porch | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 4 | PHOTO: Porch and chairs | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 5 | PHOTO: Living room, TV w/bullet hole | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 6 | PHOTO: Living room, TV, front door | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 7 | PHOTO: Carpet w/ bullet | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 8 | PHOTO: Wall w/bullet hole | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 9 | PHOTO: Front door and wall w/bullet holes | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 10 | PHOTO: Wall w/bullet holes | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 11 | PHOTO: Refrigerator w/bullet hole | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 12 | PHOTO: Wall w/ bullet hole next to refrigerator | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |

| | | |
|---|---|---|
| 13 | PHOTO: Bedroom wall w/bullet holes | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 14 | Request for Lab Exam re ballistics | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 15 | Certificate of Analysis # W15-11669 re ballistics, 6/30/2016 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 16 | Certificate of Analysis # W15-11669 Supplemental Report, 7/7/2016 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 17 | Certificate of Analysis # W15-11669 Supplemental Report, 5/7/2019 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 18 | PHOTOS: Item 1 of Lab Report W15-11669 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 19 | PHOTOS: Item 12 of Lab Report W15-11669 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 20 | PHOTOS: Test fires rounds from Lab Report W15-11669 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 21 | Full Report re W15-11669, 6/30/2016 including examiner worksheets | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 22 | Full Supplemental Report, 7/7/2016 re W15-11669 including examiner worksheets, IBIS TRAX worksheets | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 23 | Full Supplemental Report, 5/17/2019 re W15-11669 including examiner worksheets | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 24 | DPD Incident Rpt # 16-003150 re aggravated assault at 44 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |

| | | |
|---|---|---|
| | Garland St, Danville, 4/26/2016 | Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 25 | DPD Incident Rpt # 16-003152 re aggravated assault at 618 Berryman Ave., Danville, 4/26/2016 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 26 | PHOTO: Street view | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 27 | PHOTO: Street view | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 28 | PHOTO: Street, Black Impala rear | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 29 | PHOTO: Street, Black Impala front | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 30 | PHOTO: Front of Black Impala, evidence marker 8 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 31 | PHOTO: Black Impala, evidence markers 9, 10 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 32 | PHOTO: Rear of Impala, evidence markers 1- 4 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 33 | PHOTO: Rear of Impala, evidence markers 9-11 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 34 | PHOTO: Passenger side of Impala, evidence markers 8-12 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 35 | PHOTO: Front driver's side of Impala, evidence markers 5-7 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. |

| | | |
|---|---|---|
| | | Evid. 404(b)(1); *see also* accompanying memorandum |
| 36 | PHOTO: Front of Impala, evidence markers 5, 8-11 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 37 | PHOTO: Evidence marker 9 - magazine | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 38 | PHOTO: Evidence marker 9 - magazine | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 39 | PHOTO: Evidence markers 10-12, shell casings | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 40 | PHOTO: Evidence marker 14-15, shell casings | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 41 | PHOTO: Evidence markers 16-17, shell casings | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 42 | PHOTO: Black Impala | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 43 | PHOTO: VIN of Black Impala | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 44 | PHOTO: Front seat of Impala through driver window | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 45 | PHOTO: Rear seat of Impala through driver side rear window, rifle | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 46 | PHOTO: Rear seat of Impala through passenger side rear window, rifle | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |

| | | |
|---|---|---|
| 47 | PHOTO: Front seat of Impala through passenger window | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 48 | PHOTO: Front passenger rear door armrest, 6 bullets | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 49 | PHOTO: Front driver's side rear door armrest, bullets | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 50 | PHOTO: Front of white 2 story house, # 755 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 51 | PHOTO: Side of white structure, bullet hole | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 52 | PHOTO: House number 755 # 2 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 53 | PHOTO: Interior of 755, wall w/ bullet hole | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 54 | PHOTO: Interior of 755, wall w/ bullet hole | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 55 | PHOTO: Chevy HRV, front driver's window broken | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 56 | PHOTO: Shattered glass on front driver's seat | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 57 | PHOTO: Bullet hole in rear quarter panel above tire | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 58 | PHOTO: Blood stains on interior front passenger door | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. |

| | | Evid. 404(b)(1); *see also* accompanying memorandum |
|---|---|---|
| 59 | Certificate of Analysis W16-4792 re ballistics, Items 1, 4, 5; 11/1/2016 (re: DPD Rpt 16-3150) | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 60 | Certificate of Analysis # W16-4792 Supplemental Report, Item 4; 11/21/2016 (re: DPD Rpt 16-3150) | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 61 | Certificate of Analysis # W16-4792 Supplemental Report, Item 4; 5/14/2019 (re: DPD Rpt 16-3150) | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 62 | Certificate of Analysis W16-4230 re ballistics, Items 5-21, 23, 26; 11/7/2016 (re: DPD Rpt 16-3152) | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 63 | Certificate of Analysis # W16-4230 Supplemental Report, Items 12, 23, 26; 11/28/2016 (re: DPD Rpt 16-3152) | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 64 | Certificate of Analysis # W16-4230 Supplemental Report, Items 23, 26; 5/17/2019 (re: DPD Rpt 16-3152) | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 65 | Full Report re W16-4792, 11/1/16/2016 including examiner worksheets | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 66 | Potential NIBIN Association re COA W16-4792, 5/1/2017 | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 67 | Full Supplemental Report re W16-4792, 11/21/2016 including examiner worksheets | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 68 | Full Supplemental Report re W16-4792, 5/14/2019 including examiner worksheets | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 69 | Full Report re W16-4230, 11/7/16/2016 including examiner worksheets | Relevance. Fed. R. Evid.402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |

| | | |
|---|---|---|
| 70 | Potential NIBIN Association re COA W16-4230, 5/1/2017 | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 71 | Full Supplemental Report re W16-4230, 11/28/2016 including examiner worksheets | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 72 | Full Supplemental Report re W16-4230, 5/17/2019 including examiner worksheets | Relevance. Fed. R. Evid. 402- 403. Impermissible character evidence. Fed. R. Evid. 404(b)(1); *see also* accompanying memorandum |
| 73 | DPD Incident Rpt # 16-004722 re aggravated assault at 111 North Hills Court, Danville, 6/16/2016 | Hearsay. Fed. R. Evid. 802. |
| 182 | DPD Incident 16-006833, Motley homicide, 8/20/2016 | Hearsay. Fed. R. Evid. 802. |
| 183 | 911 Communication Event Report, 8/20/2016 | Hearsay. Fed. R. Evid. 802. |
| 191 | PHOTO: Body bag evidence tag | Relevance. Fed. R. Evid. 402- 403. |
| 215 | Homicide-file 3 Transcript | Hearsay. Fed. R. Evid. 802. |
| 236 | PHOTO: Body bag with tag | Relevance. Fed. R. Evid. 402- 403. |
| 241 | Diagram of projectile path | Cumulative. Fed. R. Evid. 403 |
| 246 | Maryland National Park Police Arrest Record | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 247 | Maryland National Park Police Property Record for Smith & Wesson .40 cal handgun, SN FYH4828 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 263 | DPD Incident 16-006954, aggravated assault on Colquhoun St., Danville, 8/24/2016 | Hearsay. Fed. R. Evid. 802. |
| 298 | DPD Incident 16-008984 re drug/gun violations | Hearsay. Fed. R. Evid. 802. |
| 318 | DPD Incident 16-009055, search warrant execution at 252 Parker Rd.; 11/4/2016 | Hearsay. Fed. R. Evid. 802. |
| 324 | Firearm and Toolmark Identification slides | Improper Summary. Fed. R. Evid. 1006. |
| 1139 | Facebook Conversation 2015_09_22-KS-Photo 864675433587950.jpg | Hearsay. Fed. R. Evid. 802. Best Evidence Rule. Fed. R. Evid. 1002. |
| 1140 | Facebook Conversation | Hearsay. Fed. R. Evid. 802. |

| | | |
|---|---|---|
| | 2015_09_22-KS-Photo 864675436921283.jpg | Best Evidence Rule. Fed. R. Evid. 1002. |
| 1141 | Facebook Conversation 2015_09_22-KS-Photo 864675440254616.jpg | Hearsay. Fed. R. Evid. 802. Best Evidence Rule. Fed. R. Evid. 1002. |
| 1142 | Facebook Conversation 2015_09_22-KS-Photo 864675443587949.jpg | Hearsay. Fed. R. Evid. 802. Best Evidence Rule. Fed. R. Evid. 1002. |
| 1144 | Facebook Conversation 2015_9_22-KS-Photo 864675430254617.jpg | Hearsay. Fed. R. Evid. 802. Best Evidence Rule. Fed. R. Evid. 1002. |
| 1514 | 302: re Shabba Chandler Cellphones | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 1515 | 302: re Shabba Chandler and Montez Allen cellphones | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 1516 | Laquante Adams Arrest Vid000_Clip 1_s.mp4; Clip: 40:57 - 45:58 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1517 | Laquante Adams Nov 2018 FBI arrest video Part 1 transcript | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1518 | Laquante Adams Arrest Vid001_Clip 2_s.mp4; Clip: 01:46 - 18:58 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1519 | Laquante Adams Arrest Vid001_Clip 3_s.mp4; Clip: 30:21 - 35:05 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1520 | Laquante Adams Nov 2018 FBI arrest video Parts 2, 3 transcript | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1521 | Laquantes Adams Proffer Agreement, 3/11/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1522 | 302 re Adams interview, 3/11/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1523 | Agent Notes of Adams interview, 3/11/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1524 | Laquantes Adams Proffer Agreement, 3/20/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1525 | 302 re Adams interview, 3/20/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1526 | Agent Notes of Adams interview, | Hearsay. Fed. R. Evid. 802. |

| | | |
|---|---|---|
| | 3/20/2019 | Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1558 | Laquante Adams Plea Form, 3/26/2019 | Relevance. Fed. R. Evid. 402- 403. |
| 1559 | Tyson Bowens Grand Jury Transcript, 11/5/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1576 | Bowens interview notes | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1577 | Tanasia Coleman Grand Jury Transcript, 11/6/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1601 | Tanasia Coleman Proffer Agreement, 8/7/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1602 | 302 re Coleman interview, 9/25/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1603 | Agent Notes of Coleman Interview, 8/7/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1604 | Tanasia Coleman Proffer Agreement, 8/8/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1605 | 302 re Coleman interview, 10/1/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1606 | Agent Notes of Coleman Interview, 8/8/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1607 | Tanasia Coleman Proffer Agreement, 8/17/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1608 | 302 re Coleman interview, 11/7/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1609 | Agent Notes of Coleman Interview, 8/17/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1610 | Tanasia Coleman Proffer Agreement, 9/13/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1611 | 302 re Coleman interview, 10/25/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |

| | | |
|---|---|---|
| 1612 | Agent Notes of Coleman Interview, 9/13/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1613 | Tanasia Coleman Proffer Agreement, 11/5/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1614 | 302 re Coleman Interview 11/7/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1615 | Agent Notes of Coleman Interview, 8/17/2018/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1618 | Tanasia Colemen Plea Form, 11/6/2018 | Relevance. Fed. R. Evid. 402- 403. |
| 1619 | 302 re arrest of Marcus Davis | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 1621 | 302 re search of 2007 Mercury Milan, LIC VWH 5583 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 1622 | Search Warrant 4:18MJ90 for Mercury Milan, officer notes, Receipt for Property, Photo Log, Evidence Recovery Log, Diagram | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 1627 | Matthew Ferguson Grand Jury Transcript, 6/7/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1630 | Matthew Ferguson Grand Jury Ex. MF-3 Redacted | Hearsay. Fed. R. Evid. 802. Best Evidence Rule. Fed. R. Evid. 1002. |
| 1631 | Matthew Ferguson Grand Jury Ex. MF-4 | Hearsay. Fed. R. Evid. 802. Best Evidence Rule. Fed. R. Evid. 1002. |
| 1632 | Matthew Ferguson Grand Jury Ex. MF-5 | Hearsay. Fed. R. Evid. 802. Best Evidence Rule. Fed. R. Evid. 1002. |
| 1731 | Matthew Ferguson Proffer Letter, 5/22/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1732 | 302 re Ferguson Proffer, 5/22/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1733 | Agent Notes of Ferguson Interview, 5/22/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1734 | Matthew Ferguson Proffer Letter, 5/25/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1735 | 302 re Ferguson Proffer, 5/25/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |

| | | Improper Bolstering. Fed. R. Evid. 608. |
|---|---|---|
| 1736 | Agent Notes of Ferguson Interview, 5/25/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1737 | Matthew Ferguson Proffer Letter, 5/29/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1738 | 302 re Ferguson Proffer, 5/29/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1739 | Agent Notes of Ferguson Interview, 5/29/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1742 | Matthew Ferguson Plea Form, 11/6/2018 | Relevance. Fed. R. Evid. 402- 403. |
| 1743 | 302 re transport of evidence seized | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 1745 | 302 re search of 134 Martindale Drive, Danville | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 1746 | ATF Firearms Trace Summary re FIE Titan .25 cal pistol, SN 243296 | Hearsay. Fed. R. Evid. 802. |
| 1776A | Stevie Johnson Proffer Letter, 9/27/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1776B | Handwritten notes of S Johnson proffer | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1776C | 302 re Proffer of S Johnson | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1777A | Stevie Johnson Proffer Letter, 9/27/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1777B | Handwritten notes of S Johnson proffer | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1777C | 302 re: Proffer of S Johnson | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1778A | Stevie Johnson Proffer Letter, 10/10/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1778B | Handwritten notes of S Johnson | Hearsay. Fed. R. Evid. 802. |

| | | proffer | Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
|---|---|---|---|
| 1778C | 302 re Proffer of S Johnson | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1779A | Stevie Johnson Proffer Letter, 10/11/2018 | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1779B | Handwritten notes of S Johnson proffer | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1779C | 302 re Proffer of S Johnson | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1780 | Stevie Johnson Grand Jury Testimony, 11/5/2018 | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1783 | Stevie Johnson Guilty Plea Form, 12/7/2018 | | Relevance. Fed. R. Evid. 402- 403. |
| 1784 | 302 re execution of search warrant at 3418 90th St, # 32, Lakewood, WA | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 1785 | 302 re execution of search warrant at 3418 90th St, # 32, Lakewood, WA | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 1786 | ATF Firearms Trace Summary re Ruger AR-556 rifle, SN 855-20027 | | Hearsay. Fed. R. Evid. 802 |
| 1800 | Ashley Ross Grand Jury Transcript, 5/7/2018 (Redacted) | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. Confrontation Clause. *Crawford v. Washington*, 541 U.S. 36 (2004) |
| 1813 | Demetrius Staten Inv 10262017 Vid000_Clip 1_s.mp4; Clip 41:00 - 43:45 | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1814 | Demetrius Staten Inv 10262017 Vid000_Clip 2_s.mp4; Clip 45:45 - 46:41 | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1815 | Demetrius Staten Inv 10262017 Vid000_Clip 3_s.mp4; Clip 47:10 - 49:42 | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1816 | Demetrius Staten Inv 10262017 Vid000_Clip 4_s.mp4; Clip 53:20 - 54:50 | | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1817 | Demetrius Staten Inv 10262017 | | Hearsay. Fed. R. Evid. 802. |

| | | |
|---|---|---|
| | Vid000_Clip 5_s.mp4; Clip 57:34 - 59:42 | Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1818 | Demetrius Staten Inv 10262017 Vid001_Clip 1_s.mp4; Clip 16:12 - 17:09 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1819 | Demetrius Staten Inv 10262017 Vid001_Clip 2_s.mp4; Clip 21:30 - 26:58 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1820 | Demetrius Staten Inv 10262017 Vid001_Clip 3_s.mp4; Clip 40:21 - 42:30 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1821 | Demetrius Staten Inv 10262017 Vid001_Clip 4_s.mp4; Clip 44:00 - 47:11 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1822 | Demetrius Staten Inv 10262017 Vid001_Clip 5_s.mp4; Clip 49:38 - 57:16 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1823 | Demetrius Staten Inv 10262017 Vid001_Clip 6_s.mp4; Clip | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1824 | Demetrius Staten Inv 10262017 Vid001_Clip 7_s.mp4; Clip 1:02:10 - end | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1825 | Demetrius Staten Inv 10262017 Vid002_Clip 1_s.mp4; Clip 0:00 - 0:53 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1826 | Demetrius Staten STATEN INTERVIEW Transcript 10-26-17 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1827 | Demetrius Staten Int 11102017_Vid000_Clip 1_s.mp4; Clip 30:35 - 42:22 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1828 | Demetrius Staten Int 11102017_Vid000_Clip 2_s.mp4; Clip 46:49 -47:01 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1829 | Demetrius Staten Int 11102017_Vid000_Clip 3_s.mp4; Clip 1:00:00 - 1:00:25 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1830 | Demetrius Staten Int 11102017_Vid001_Clip 1_s.mp4; Clip 9:55 - 12:00 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1831 | Demetrius Staten interview transcript, 11-10-2017 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |

| | | Improper Bolstering. Fed. R. Evid. 608. |
|---|---|---|
| 1832 | Demetrius Staten Proffer Letter, 2/15/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1833 | 302 re Staten interview, 2/22/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1834 | Agent Notes of Staten interview, 2/15/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1835 | Demetrius Staten Proffer Letter, 3/2/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1836 | 302 of Staten interview, 3/2/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1837 | Agent notes of Staten interview, 3/2/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1838 | Demetrius Staten Proffer letter, 3/6/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1839 | 302 of Staten interview, 3/6/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1840 | Agent notes of Staten interview, 3/6/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1841 | Demetrius Staten Proffer letter, 3/28/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1842 | 302 of Staten interview, 3/28/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1843 | Agent notes of Staten interview, 3/28/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1844 | Demetrius Staten Grand Jury Testimony, 5/16/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1849 | Demetrius Staten Grand Jury Ex. DS-5 | Hearsay. Fed. R. Evid. 802. Best Evidence Rule. Fed. R. Evid. 1002. |
| 1850 | Demetrius Staten Grand Jury Ex. DS-6 | Hearsay. Fed. R. Evid. 802. Best Evidence Rule. Fed. R. Evid. 1002. |
| 1911 | Demetrius Staten Plea Form, 11/6/2018 | Relevance. Fed. R. Evid. 402- 403. |

| | | |
|---|---|---|
| 1912 | Gang knowledge | Hearsay. Fed. R. Evid. 802. |
| 1913 | PHOTO: Line up | Hearsay. Fed. R. Evid. 802. Best Evidence Rule. Fed. R. Evid. 1002. |
| 1914 | Jaquan Trent Advice of Rights, 11/13/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1915 | Trent Jaquan Int 11132018 Vid002_Clip 1_s.mp4; Clip 23:35 - 20:28 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1916 | Trent Jaquan Int 11132018 Vid002_Clip 2_s.mp4; Clip 1:04:46 - 1:05:53 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1917 | Jaquan Trent Interview Transcript, 11/13/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1918 | Jaquan Trent Proffer Agreement, 1/22/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1919 | 302 re Jaquan Trent Interview, 1/22/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1920 | Agent Notes of Jaquan Trent interview, 1/22/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1921 | Jaquan Trent Proffer Agreement, 2/1/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1922 | 302 re Jaquan Trent Interview, 2/1/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1923 | Agent notes of Jaquan Trent interview, 2/1/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1927 | Jaquan Trent Guilty Plea Form, 3/11/2019 | Relevance. Fed. R. Evid. 402- 403. |
| 1928 | Transcript of Jaquan Trent Guilty Plea Hearing, 3/11/2019 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1929 | 302 re search warrant executed at 248 Banner St., Danville | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |
| 1982A | Kevin Trent VIDEO Interview 06182018_s.mp4 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1982B | Kevin Trent 6.18.2018 Interview transcript | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |

| | | |
|---|---|---|
| 1983 | Tara Bennet Grand Jury Transcript, 5/24/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1991 | Thomas Cosby Grand Jury Transcript, 5/24/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1992 | Chrystal Cunningham Grand Jury Transcript, 2/14/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1993 | Josephine Davis Grand Jury Transcript, 1/10/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1994 | Ontwoinette Epperson Grand Jury Transcript, 5/7/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1995 | Tevris Fitzgerald Grand Jury Transcript, 2/14/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 1997 | Tameka Hairston Grand Jury Transcript, 2/28/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2000 | Ayuanna Jeffries Facebook Convo with Jarrett Rivers | Hearsay. Fed. R. Evid. 802. |
| 2001 | Ayuanna Jeffries Facebook Convo with Jarrett Rivers 2 | Hearsay. Fed. R. Evid. 802. |
| 2003 | Ayuanna Jeffries Grand Jury Transcript, 4/27/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2019 | Ayuanna Jeffries Grand Jury Ex. AJ-16 | Hearsay. Fed. R. Evid. 802. Authentication. Fed. R. Evid. 901 |
| 2027 | Bethany Robertson Grand Jury Transcript, 2/14/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2028 | Bethany Robertson Grand Jury Ex. BR-1 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2029 | Ashana Snipes Grand Jury Transcript, 1/10/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2032 | Sherita Bowe-Staten Grand Jury Transcript, 5/7/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2033 | 302 re Alexis Waddell interview, 6/14/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2034 | Waddell Int_06142018_Clip | Hearsay. Fed. R. Evid. 802. |

| | | |
|---|---|---|
| | 1_s.mp4; Clip 1 2:59 - 3:19 | Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2035 | Waddell Int_06142018_Clip2_s.mp4; Clip2 3:35 - 5:01 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2036 | Waddell Int_06142018_Clip 3_s.mp4; Clip 3 5:39 - 6:27 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2037 | Waddell Int_06142018_Clip 4_s.mp4; Clip 4 6:55 - 7:23 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2038 | Waddell Int_06142018_Clip 5_s.mp4; Clip 5 9:12 - 9:22 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2039 | Waddell Int_06142018_Clip 6_s.mp4; Clip 6 9:43 - 9:53 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2040 | Waddell Int_06142018_Clip 7_s.mp4; Clip 7 12:00 - 13:00 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2041 | Waddell Int_06142018_Clip 8_s.mp4; Clip 8 13:24 - 13:53 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2042 | Waddell Int_06142018_Clip 9_s.mp4; Clip 9 14:20 - 14:35 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2043 | Waddell Int_06142018_Clip 10_s.mp4; Clip 10 18:12 - 19:06 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2044 | Waddell Int_06142018_Clip 11_s.mp4; Clip 11 19:27 - 21:12 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2045 | Waddell interview transcript | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2046 | Lashanda Washington Anthony Grand Jury Transcript, 5/30/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2062 | Justin Wilson Grand Jury Transcript, 1/10/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2063 | 302 re Terica Wilson interview, 6/28/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2064 | 302 re Armonti Womack interview, 11/1/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. |

| | | Improper Bolstering. Fed. R. Evid. 608. |
|---|---|---|
| 2065 | Agent notes of Womack interview, 11/1/2018 | Hearsay. Fed. R. Evid. 802. Relevance. Fed. R. Evid. 402- 403. Improper Bolstering. Fed. R. Evid. 608. |
| 2068 | Jermay Smith Guilty Plea Form | Relevance. Fed. R. Evid. 402- 403. |

WHEREFORE, for the foregoing reasons, the Defendant respectfully request that the Court grant his Motion and exclude the exhibits identified above and for such other and further relief as the Court deems necessary and appropriate.

                Respectfully submitted,

                SHABBA LARUN CHANDLER

                By: /s/ Aaron Balla Houchens
                   Of Counsel

Jeffrey L. Dorsey, Esq. (VSB #32702)
JEFFREY L. DORSEY, P. C.
25 Library Square
Salem, Virginia 24153
(540) 389-8800 (telephone)
(540) 389-7122 (facsimile)
jeff@dorseylawfirm.com

Aaron B. Houchens, Esq. (VSB #80489)
AARON B. HOUCHENS, P.C.
111 East Main Street
P.O. Box 1250
Salem, Virginia 24153
540-389-4498 (telephone)
540-339-3903 (facsimile)
aaron@houchenslaw.com

 *Counsel for Defendant*

19

Case 4:18-cr-00011-MFU-RSB   Document 591   Filed 08/01/19   Page 19 of 20   Pageid#: 2886

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st of August 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and the foregoing was electronically transmitted through the CM/ECF system to the following CM/ECF participants:

Ronald Huber, Esq.
Heather L. Carlton, Esq.
Assistant United States Attorneys
U.S. Attorney's Office for the Western District of Virginia
U.S. Courthouse and Federal Building
255 West Main Street
Charlottesville, Virginia 22902
ron.huber@usdoj.gov
heather.carlton@usdoj.gov

/s/     Aaron Balla Houchens___