IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No.: 4:18-cr-00011 |
| v. ) | |
| ) | |
| ) | |
| ) | |
| MARCUS JAY DAVIS, et al., ) | |
| ) | By: Michael F. Urbanski |
| Defendants. ) | Chief United States District Judge |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant Chandler's Emergency Motion to Continue Beginning of Trial After Jury Selection/Swearing In, ECF No. 872, is **DENIED**.

It is so **ORDERED**.

Entered: 10-11-19

Michael F. Urbanski
Chief United States District Judge